

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00263-CV

| | | |
|---|---|---|
| Rainier Southlake DST, a Delaware Statutory Trust; Rainier DST Services, LLC, in its Capacity as signatory Trustee for Rainier Southlake DST, a Delaware Statutory Trust; and Rainier Capital Management, LP | § § | From the 96th District Court of Tarrant County (096-263045-12) |
| v. | § | December 7, 2017 |
| Woodbury Strategic Partners Fund, LP and Lago Del Sur, LLC | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Rainier Southlake DST, a Delaware Statutory Trust; Rainier DST Services, LLC, in its Capacity as signatory Trustee for Rainier Southlake DST, a Delaware Statutory Trust; and Rainier Capital

Management, LP shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
    Justice Sue Walker